## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



RECEIVED & FILED
99 OCT -6 PM 3:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

WILSON RUIZ SULSONA, _____

              VS.                          CIVIL NO.  __98-1758__  (JAF)

UNIVERSITY OF PUERTO RICO, ____
ET AL.,

---

### DESCRIPTION OF MOTION

DATE FILED: 8/25/99  DOCKET: 18      TITLE: JOINT MOTION REQUESTING
                                     ADDITIONAL EXTENSION OF TIME
[X] Plffs.          [X] Defts.       TO COMPLETE DISCOVERY, ETC.

---

### O-R-D-E-R

*granted. The pretrial conf. shall be held February 22, 2000 at 12:00 noon*

_____          _____
        10-5-99                          JOSE A. FUSTE
        DATE                           U.S. DISTRICT JUDGE