# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



WILSON RUIZ SULSONA

VS.

UNIVERSITY OF PR, ET AL

CIVIL NO. 98-1758 (JAF)

---

## DESCRIPTION OF MOTION

**DATE FILED:** 01/31/00  **DOCKET #:** 21  **TITLE:** MOTION by All Defendants |to Continue PTC|, or |to convert PTC into a SC|

[ ] Plaintiff(s)
[X] Defendant(s)

---

## O-R-D-E-R

[X] GRANTED.

[ ] DENIED.

[ ] MOOT.

[ ] NOTED.

**OTHER:** The P.T. Conference set for 2/22/2000 is now RESET for August 21, 2000, at 1:30 P.M.

2/16/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE