UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
00 SEP -5 AM 8 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

WILSON RUIZ SULSONA

Plaintiff(s)

v.                                              CASE NUMBER: 98-1758(JAG)

UNIVERSITY OF PUERTO RICO, et al

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/15/00<br>**Title:** Joint Motion Requesting Continuance of Pretrial Hearing<br>**Docket:** 25<br>[x] Plffs   [x] Defts   [ ] Other | GRANTED. |
| **Date Filed:** 06/26/00<br>**Title:** Joint Motion Requesting Extension of Time to Conclude Discovery and File Dispositive Motions<br>**Docket:** 23<br>[x] Plffs   [x] Defts   [ ] Other | GRANTED. The parties shall have until **November 10, 2000** to finish all pending discovery and until **December 15, 2000** to file dispositive motions. A Pretrial/Settlement Conference is hereby scheduled for **February 1, 2001** at 10:00 A.M. |

Date: 08/28/00

JAY A. GARCIA-GREGORY
U.S. District Judge