UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSON RUIZ SULSONA

    **Plaintiff(s)**

    v.                               **CASE NUMBER:** 98-1758(JAG)

UNIVERSITY OF PUERTO RICO, et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/12/01<br>**Title:** Motion Requesting Extension of Time to File Dispositive Motions and Requesting Continuance of Pretrial Hearing<br>**Docket:** 27<br>[ ] Plffs    [x] Defts    [ ] Other | **GRANTED.** |

**Date:** January 22, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge