UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSON RUIZ SULSONA

**Plaintiff(s)**

v.  CASE NUMBER: 98-1758(JAG)

UNIVERSITY OF PUERTO RICO, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/14/01<br>**Title:** Motion Requesting Extension of Time to File Dispositive Motion<br>**Docket:** 29<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | **GRANTED** as requested. |

Date: February 28, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge