UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSON RUIZ SULSONA

**Plaintiff(s)**

v.                              CASE NUMBER: 98-1758(JAG)

UNIVERSITY OF PUERTO RICO, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/06/01<br>**Title:** Motion Requesting Final Brief Extension of Time to File Dispositive Motions<br>**Docket:** 31<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other** | **MOOT.** The Court assumes that the filing of the dispositive motions has taken place, if not, defendants have ten (10) days from the date of issuance of this order to file said motions. |

Date: March 15, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge