UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSON RUIZ SULSONA

**Plaintiff(s)**

v.   CASE NUMBER: 98-1758(JAG)

UNIVERSITY OF PUERTO RICO, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/13/01<br>**Title:** Motion Requesting an Extension of One Additional Day to File Dispositive Motions<br>**Docket:** 32<br>[ ] Plffs  [x] Defts  [ ] Other | MOOT. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 03/13/01<br>**Title:** Motion Requesting Leave to File Translations at a Later Date<br>**Docket:** 34<br>[ ] Plffs  [x] Defts  [ ] Other | **GRANTED** as requested. |

Date: April 5, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

