# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

WILSON RUIZ SULSONA

    **Plaintiff(s)**

        **v.**                **CASE NUMBER:** 98-1758(JAG)

UNIVERSITY OF PUERTO RICO, et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:**   04/10/01 | **GRANTED.** |
| **Title:**  Motion Requesting Extension of Time to File Translations of Exhibits | |
| **Docket**: 37 | |
| [ ] **Plffs**   [x ] **Defts**   [ ] **Other** | |

**Date:**  April 24, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

