UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSON RUIZ SULSONA

**Plaintiff(s)**

v.     **CASE NUMBER:** 98-1758(JAG)

UNIVERSITY OF PUERTO RICO, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/20/01<br>**Title:** Motion Requesting Extension of Time to Respond to Motion for Summary Judgment<br>**Docket:** 38<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED** as requested. |

Date:  May 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge