IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSON RUIZ SULSONA

**Plaintiff(s)**

v.   CIVIL NO.   98-1758 (JAG)

UNIVERSITY OF PUERTO RICO, et al

**Defendant(s)**

---

### ORDER

All dispositive motions in this case are referred to Magistrate-Judge Gustavo Gelpí, Jr. for a report and recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29th day of June, 2001.



JAY A. GARCIA-GREGORY
U.S. District Judge


