Case 3:98-cv-01758-JAG   Document 44   Filed 07/06/2001   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSON RUIZ SULSONA

**Plaintiff(s)**

v.                          CASE NUMBER:   98-1758(JAG)

UNIVERSITY OF PUERTO RICO, et al

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/24/01<br>**Title:** Motion Submitting Certified Translations<br>**Docket:** 42<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** The certified translation shall form part of the record. |

Date: July 3, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

