IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSON RUIZ SULSONA,

Plaintiff

v.                                    CIVIL NO. 98-1758 (JAG)

UNIVERSITY OF PUERTO RICO, et al

Defendants

---

## ORDER

The undersigned magistrate judge recuses himself in this case. The clerk of the court is to proceed accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5th day of July, 2001.

GUSTAVO A. GELPÍ
United States Magistrate Judge

c: Opr. Magi. 7/9/01