# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

WILSON RUIZ SULSONA

    **Plaintiff(s)**

    v.                          **CASE NUMBER:** 98-1758(JAG)

UNIVERSITY OF PUERTO RICO, et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/12/01<br>**Title:** Motion Requesting Leave to File Documents in Spanish<br>**Docket:** 47<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **GRANTED.** Plaintiff shall file certified translations within sixty (60) days from the date of this order. |

Date: July 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


