

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

WILSON RUIZ SULSONA

    **Plaintiff(s)**

    v.                                  **CASE NUMBER:**   98-1758(JAG)

UNIVERSITY OF PUERTO RICO, et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/10/01<br>**Title:** Motion to Strike Plaintiff's Opposition to Motion for Summary Judgment and in the Alternative Request of Leave to Reply<br>**Docket:** 49<br>[ ] **Plffs**   [ x ] **Defts**   [ ] **Other** | Leave is granted to file a reply on or before August 6, 2001. |

**Date:** July 23, 2001

                                              JAY A. GARCIA-GREGORY
                                              U.S. District Judge


