IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSON RUIZ SULSONA

**Plaintiff(s)**

v.                                               CIVIL NO.   98-1758 (JAG)

UNIVERSITY OF PUERTO RICO, et al

**Defendant(s)**

## ORDER

All pending motions in this case whether dispositive or non-dispositive are referred to Magistrate-Judge Justo Arenas for appropriate disposition.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of August, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

