UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSON RUIZ SULSONA

    **Plaintiff(s)**

        v.                      CASE NUMBER:   98-1758(JAG)

UNIVERSITY OF PUERTO RICO, et al

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/13/01<br>**Title:** Motion Requesting Leave to File an Answer to Defendant's Motion in "Reply to Plaintiff's Opposition..."<br>**Docket:** 53<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | This motion is referred to Magistrate-Judge Arenas for disposition together with the other issues already referred for a report and recommendation. |

Date: August 20, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



