IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSON RUIZ SULSONA,

Plaintiff

v.                                                          CIVIL 98-1758 (JAG)

UNIVERSITY OF PUERTO RICO, et al.,

Defendants

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Leave to File an Answer to Defendants' Motion in "Reply to Plaintiff's Opposition," 08-13-01. | 53 | Granted. |

In San Juan, Puerto Rico, this 23rd day of August, 2001.

JUSTO ARENAS
United States Magistrate Judge


