IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSON RUIZ SULSONA

    **Plaintiff(s)**　　　　　　　　　　　　CIVIL NO. 98-1758 (JAG)

    v.

UNIVERSITY OF PUERTO RICO,
et al

    **Defendant(s)**

---

**JUDGMENT**

In accordance with the Opinion and Order entered today, the Court enters judgment dismissing plaintiff's federal claims with prejudice, and dismissing his state claims without prejudice, pursuant to 28 U.S.C. § 1367.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of March.

                        JAY A. GARCIA GREGORY
                        U.S. District Judge