UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSON RUIZ SULSONA :

    Plaintiff :

vs. : CIVIL NO. 98-1758 (JAG)

University of Puerto Rico, Et. Als. :

    Defendants :

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

**COMES NOW** Plaintiff of caption, through the undersigned attorney, and very respectfully State, Allege and Pray:

1.-Notice is given that plaintiff hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment entered on March 26, 2002.

**WHEREFORE**, plaintiffs very respectfully request that this Honorable Court take notice of the above.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY:** That a true and exact copy oth this motion has been sent by regular mail to: Raquel M. Duzaides, Jimenez, Graffam & Lausell, P.O. Box 366104, San Juan, Puerto Rico 00936-6104.

In Aguadilla, Puerto Rico, this 17th day of April, 2002.

ISRAEL ROLDAN-GONZALEZ
USDC-PR No. 115602
44 Progreso Street
Aguadilla, PR 00603
Tel (787) 891-1359